Eastern District of Kentucky
**F I L E D**
Sep - 14 2022
Robert R. Carr
Clerk, U.S. District Court

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
COVINGTON**

CRIMINAL ACTION NO. 22-56-DLB-1

UNITED STATES OF AMERICA                                                                           PLAINTIFF

V.              **MOTION OF UNITED STATES FOR WRIT
OF HABEAS CORPUS AD PROSEQUENDUM**

**TYSON LEE GHOLSON**                                                                              DEFENDANT

\* \* \* \* \*

      The Defendant, Tyson Lee Gholson, is now confined at the Louisville Metro Department of Corrections, in Louisville, Kentucky, in connection with a pending case for violation of Kentucky law. On September 8, 2022, Gholson was indicted by a federal grand jury for interference with interstate commerce by means of robbery and brandishing a firearm in furtherance of a crime of violence. Accordingly, the United States moves for a writ of habeas corpus ad prosequendum commanding the warden to deliver Gholson to the United States Marshal so that he may be brought before this Court for arraignment and other proceedings.

                                Respectfully submitted,

                                CARLTON S. SHIER, IV
                                UNITED STATES ATTORNEY

             By:      s/ Anthony Bracke
                        Assistant United States Attorney
                        207 Grandview Drive, Suite 400
                        Ft. Mitchell, KY 41017

PHONE: 859-655-3200
FAX: 859-655-3212
Anthony.Bracke@usdoj.gov

CERTIFICATE OF SERVICE

On September 14, 2022, I filed this document and will arrange for delivery of a copy of the document to counsel for each Defendant.

s/ Anthony Bracke
Assistant United States Attorney