Eastern District of Kentucky
**F I L E D**
Sep - 14 2022
Robert R. Carr
Clerk, U.S. District Court

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
COVINGTON

CRIMINAL ACTION NO. 22-56-DLB-1

UNITED STATES OF AMERICA                                                                PLAINTIFF

**AMENDED ORDER**
V.       **GRANTING MOTION OF UNITED STATES
FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

TYSON LEE GHOLSON                                                                       DEFENDANT

\* \* \* \* \*

The United States having moved for a writ of habeas corpus ad prosequendum commanding the warden to deliver the Defendant, Tyson Lee Gholson, to the United States Marshal so that he may be brought before this Court for arraignment and other proceedings. Gholson is now confined at the Louisville Metro Department of Corrections, in Louisville, Kentucky, in connection with a pending case for violation of Kentucky law. On September 8, 2022, Gholson was indicted by a federal grand jury for interference with interstate commerce by means of robbery and brandishing a firearm in furtherance of a crime of violence.

Accordingly, the Court ORDERS:

(1)  the Motion of the United States for a writ of habeas corpus ad prosequendum is GRANTED;

(2)  the jailer shall DELIVER the Defendant to the United States Marshal for the Eastern District of Kentucky or the designated federal official;

(3) the Marshal or designated federal officers shall DELIVER the Defendant in custody before the United States District Court at Covington, Kentucky, on **Wednesday, October 12, 2022**, at **1:30 p.m.**, for arraignment on the federal charges against him, and from time to time thereafter until this case is disposed of; and

(4) the Marshal shall safely KEEP the Defendant in custody until he is no longer needed, at which time the Marshal shall RETURN him to the custody of the warden.

On this **14th** day of **September**, 2022.

Signed By:
*Candace J. Smith*
United States Magistrate Judge

Copies:   United States Marshal (3 certified copies)
United States Probation
Anthony J. Bracke, Assistant United States Attorney